UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAELS STORES, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-03638-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action on June 24, 2019. Pursuant to the scheduling order entered on June 25, 2019, the last day for Plaintiff to file a Notice of Need for Mediation was November 18, 2019. (Dkt. No. 5.) To date, Plaintiff has not yet done so. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than February 18, 2020 why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: February 7, 2020

　　　　　　　　　　　　　　　　　　　／s／ Sallie Kim
　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge