Bobby Saadian, SBN 250377
Thiago Coelho, SBN 324715
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:19-cv-03638-SK<br><br>*Assigned for all purposes to Hon. Sallie Kim*<br><br>**PLAINTIFF'S RESPONSE TO THE COURTS ORDER TO SHOW CAUSE** |

On February 7, 2020, Judge Sallie Kim issued an Order to Show Cause why Plaintiff's Complaint against Defendants should not be dismissed for lack of prosecution. Plaintiff submits this response and Declaration in support of his Complaint, attached hereto as **Exhibit A**. Plaintiff's counsel's office has not filed a Notice of Need for Mediation because they have experienced difficulty in locating a viable address for timely service of Defendant.

On February 7, 2020 Plaintiff's counsel's office through their Attorney service located a viable address and served the Defendant Michael Stores, Inc., through their registered agent for service with the Summons and Complaint. On February 10, 2020 Plaintiff filed a Proof of Service, (Dkt. No.12), attached hereto as **Exhibit B**.

/ / /

/ / /

Pursuant to Federal Rule of Civil Procedure 12(a)(i) Defendant has twenty-one days after being served with the Summons and Complaint to file an Answer. Defendants were served on February 7, 2020 and their Answer is due by February 28, 2020.

Dated: February 18, 2020                                        Respectfully Submitted,

/s/ *Thiago M. Coelho*
Thiago M. Coelho
Bobby Saadian
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*