**EXHIBIT A**

Bobby Saadian, SBN 250377
Thiago Coelho, SBN 324715
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:19-cv-03638-SK<br><br>*Assigned for all purposes to Hon. Sallie Kim*<br><br>**DECLARATION OF THIAGO M. COELHO IN SUPPORT OF PLAINTIFF'S RESPONSE TO THE COURTS ORDER TO SHOW CAUSE** |

DECLARATION OF THIAGO M. COELHO IN SUPPORT OF PLAINTIFF'S RESPONSE TO THE COURTS ORDER TO SHOW CAUSE

I, Thiago M. Coelho, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice in California and before this Court. I am one of the attorneys responsible for Plaintiff's representation in this matter and, as such, I have personal knowledge of the facts set forth in this declaration. If called as a witness for this purpose, I could and would competently testify under oath to the facts stated herein. I submit this declaration in support of Plaintiff's Response to the Court's Order to Show Cause.

2. Plaintiff Kyo Hak Chu filed his Complaint in this action on June 24, 2019 (Dkt. No. 1).

3. My office experienced difficulty in locating a viable address for timely service of Plaintiff's Summons and Complaint.

4. The Summons and Complaint in this action were served upon Defendants by personal service through Defendant Michael Stores, Inc.'s registered agent on February 07, 2020.

5. The Proof of Service of Summons and Complaint has been filed on February 10, 2020 with the Court as (Dkt. No. 12).

6. Defendant Michael Stores, Inc.'s Answer is due on February 28, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 18th day of February, 2020.

*/s/ Thiago M. Coelho*
Thiago M. Coelho

1
DECLARATION OF THIAGO M. COELHO IN SUPPORT OF PLAINTIFF'S RESPONSE TO THE COURTS ORDER TO SHOW CAUSE