**EXHIBIT B**

| Attorney or Party without Attorney: Thiago M. Coelho, Esq., Bar #324715 Wilshire Law Firm, PLC 3055 Wilshire Blvd, 12th Floor Los Angeles, CA 90010 | | For Court Use Only |
|---|---|---|

*Attorney or Party without Attorney:*
Thiago M. Coelho, Esq., Bar #324715
Wilshire Law Firm, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
*Telephone No:* 213-381-9988     *FAX No:* 213-381-9989

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* Kyo Hak Chu, et al.
*Defendant:* Michaels Stores, Inc., et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 319CV03638SK |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint.

*3.  a. Party served:*          Michaels Stores, Inc., a Delaware Corporation
    *b. Person served:*         Becky DeGeorge, Person Authorized to Accept

*4. Address where the party was served:*     CSC Lawyers Incorporating Services
    2710 Gateway Oaks Dr, Suite 150 N
    Sacramento, CA  95833

*5. I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive
    process for the party (1) on: Fri., Feb. 07, 2020 (2) at: 1:40PM

*7. Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. John M. Adams                          d.  **The Fee** for Service was:

**1500 W. El Camino Avenue, #510**          e.  I am: (3) registered California process server
**Sacramento, CA 95833**                        *(i)*   Independent Contractor
**855-5VALPRO, Fax (866) 900-4665**             *(ii)   Registration No.:*    2014-45
**Valpro** www.ValproAttorneyServices.com       *(iii)  County:*           Sacramento

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Fri, Feb. 07, 2020*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007          PROOF OF SERVICE          (John M. Adams)          *thiago.27452*