UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KYO HAK CHU, | Case No. 19-cv-03638-SK |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF CONDITIONAL DISMISSAL** |
| MICHAELS STORES, INC., | |
| Defendant. | Regarding Docket No. 25 |

Plaintiff filed a notice of settlement informing the Court that the above captioned matter has been resolved and that Plaintiff anticipates filing a notice of dismissal. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within sixty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: September 16, 2020



SALLIE KIM
United States Magistrate Judge