Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAELS STORES, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO.: 19-cv-03638-SK<br><br>**PROOF OF SERVICE RE SETTLEMENT** |

Plaintiff Kyo Hak Chu ("Plaintiff") and Defendant Michaels Stores, INC. ("Defendant") have reached a settlement. Plaintiff filed a Notice of Settlement (Dkt.25) on September 15, 2020. The parties are still in the process of finalizing a formal settlement agreement. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement.

Dated: November 11, 2020              **WILSHIRE LAW FIRM**

/s/ Thiago M. Coelho
Thiago M. Coelho
*Attorney for Plaintiff*